**Billy Ray ASHLEY, Petitioner—
Appellant,**

v.

**Gary L. WINKLER, Warden,
Respondent—Appellee.**

No. 05–6801.

United States Court of Appeals,
Fourth Circuit.

Submitted Oct. 19, 2005.

Decided Nov. 2, 2005.

Billy Ray Ashley, Appellant Pro Se.

Before WILKINSON, MICHAEL, and
SHEDD, Circuit Judges.

Affirmed by unpublished PER
CURIAM opinion.

Unpublished opinions are not binding
precedent in this circuit. See Local Rule
36(c).

PER CURIAM:

Billy Ray Ashley, a federal prisoner, appeals the district court's order denying relief on his petition filed under 28 U.S.C. § 2241 (2000). We have reviewed the record and find no reversible error. Accordingly, we affirm on the reasoning of the district court. *See Ashley v. Winkler*, No. CA–05–65–5–FL (E.D.N.C. May 5, 2005). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED*